**Motion Granted and Order filed September 10, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00495-CV**

---

**IN RE CHEFS' PRODUCE OF HOUSTON, INC., AND MARIO ALBERTO RANGEL, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-48529**

---

## ORDER

On September 2, 2021, relators Chefs' Produce of Houston, Inc., and Mario Alberto Rangel filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Mike Englehart, presiding judge of the 151st District Court of Harris County, to vacate its July 27, 2020 Order granting Plaintiff's Motion to Strike and its July 19, 2021, Order denying Defendants'

Motion for Reconsideration. Relators contend the trial court abused its discretion by striking the counter-affidavit Benny Sanchez, M.D. and excluding his testimony, particularly given the Texas Supreme Court's recent holding in *In re Allstate Indemnity Co.*, 622 S.W.3d 870, 876–77 (Tex. 2021) (orig. proceeding) (confirming the requirements for a section 18.001 counter-affidavit).

On September 3, 2021, relators filed a motion for emergency relief, requesting a stay of the September 20, 2021, trial setting of this matter during the pendency of the mandamus proceeding.

It appears from the facts stated in the petition that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10. We therefore **GRANT** relators' motion and issue the following order:

We therefore **ORDER** that the September 20, 2021, trial setting in the 151st Judicial District Court of Harris County, Texas, Cause Number 2019-48529, styled *Antonio Estrada v. Chefs' Produce of Houston, Inc., and Mario Alberto Rangel*, is **STAYED** until final decision by this Court of relators' petition for writ of mandamus, or until further orders of this Court.

In addition, the court requests real party in interest, to file a response to the petition for writ of mandamus on or before **September 24, 2021**. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.